UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RICKY J. ROMERO** | **CASE NO. 6:23-CV-01165** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **US COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is DISMISSED WITHOUT PREJUDICE, consistent with the report and recommendation.

Signed at Alexandria, Louisiana, this 21 day of June 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT